# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 1, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**DEC 08 2015**

Re: Donald Jay Pruitt
v. Texas
No. 15-7179
(Your No. WR-55, 2403-03)

**Abel Acosta, Clerk**

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 8, 2015 and placed on the docket December 1, 2015 as No. 15-7179.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst